**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark Paul SARNO, Defendant–**
**Appellant.**

No. 01–4074.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2001.

Decided Oct. 10, 2001.

**182**

Mark Paul Sarno, pro se. Lawrence Patrick Auld, Office of the United States Attorney, Greensboro, NC, for appellee.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

Mark Paul Sarno appeals from the district court's order affirming the magistrate judge's order denying Sarno's motion for the magistrate judge to recuse himself from all further proceedings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Sarno,* Nos. CR–99–58; CR–99–134; CR–99–135 (M.D.N.C. Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*